IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JASON MADILL, TAMARA MADILL, and FOUR TEN CENTRAL LLC, | 4:24-CV-114-GF-SPW |
| Plaintiffs, | ORDER |
| vs. | |
| T-MOBILE WEST LLC, DOES 1-4, and X, Y, Z COMPANIES, | |
| Defendants. | |
| T-MOBILE WEST LLC, | |
| Third-Party Plaintiff, | |
| Vs. | |
| LEGACY TELECOMMUNICATIONS, LLC, | |
| Third-Party Defendant. | |

Third-Party Plaintiff T-Mobile West LLC moves for the admission of Nakia Arrington to practice before the Court in the above captioned matter with Jill

1

Gerdrum of Missoula, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Third-Party Plaintiff T-Mobile West LLC's motion to admit Nakia Arrington to appear *pro hac vice* (Doc. 45) is GRANTED and she is authorized to appear as counsel with Jill Gerdrum pursuant to L.R. 83.1(d) in the above captioned matter.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless the Applicant Attorney, within fifteen (15) days of the date of this Order, files a pleading acknowledging admission under the terms set forth above.

DATED this 2nd day of September, 2025.

_____
SUSAN P. WATTERS
United States District Judge